

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-15-00791-CV

**TALISMAN ENERGY USA, INC**.,
Appellant

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings, LLC, and JAR Resources
Holdings, L.P. (Cross-Appellants),
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russel Wilson, Judge Presiding

# O R D E R

On July 26, 2016, appellees filed their brief in this accelerated appeal, along with a motion to dismiss the appeal as moot. It is ORDERED that appellant file a response addressing the issue of mootness **within ten (10) days** from the date of this order. The cross-appeal briefing schedule is suspended pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court